THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| EVANGELOS DIMITRIOS SOUKAS, | ) | NO. C07-01738-JLR-MAT |
| Petitioner, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | GRANTING GOVERNMENT'S |
| | ) | REQUEST FOR AN EXTENSION |
| UNITED STATES OF AMERICA, | ) | OF TIME TO RESPOND TO |
| | ) | PETITIONER'S § 2255 MOTION |
| Respondent. | ) | |

This Court having considered the Motion of the United States for a continuance of the time period in which to respond to Petitioner's § 2255 Petition, and good cause having been shown, hereby,

ORDERS that the government's response to Petitioner's motion shall be filed on or before March 7, 2008.

Dated this 6th day of February, 2008.

Mary Alice Theiler
United States Magistrate Judge

//
//

[PROPOSED] ORDER GRANTING GOVERNMENT'S
REQUEST FOR AN EXTENSION OF TIME TO
RESPOND TO PETITIONER'S § 2255 MOTION/SOUKAS - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 Presented by

2

3 s/ Karyn S. Johnson
KARYN S. JOHNSON
4 Assistant United States Attorney
WSBA# 28857
5 United States Attorney's Office
700 Stewart Street, Suite 5220
6 Seattle, Washington 98101-1271
Telephone:  (206) 553-2462
7 Facsimile:  (206) 553-4659
E-Mail:  karyn.s.johnson@usdoj.gov
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING GOVERNMENT'S
REQUEST FOR AN EXTENSION OF TIME TO
RESPOND TO PETITIONER'S § 2255 MOTION/SOUKAS - 2