THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANGELOS DIMITRIOUS SOUKAS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | NO. CV07-1738-JLR-MAT <br> (NO. CR05-066JLR) <br><br> [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION TO FILE OVER-LENGTH BRIEF |

THIS MATTER having come before the Court upon the motion of the United States for permission to file an overlength brief in response to petitioner's motion pursuant to 28 U.S.C. § 2255, and the Court having considered the motion of the United States, and the pleadings in the matter, and good cause having been shown, now, therefore, the Court hereby GRANTS the motion of the United States.

\\
\\
\\
\\
\\
\\
\\
\\
\\

[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION
TO FILE OVERLENGTH  BRIEF/SOUKAS/CV07-01738JLR  - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  It is hereby ORDERED that the United States may file an overlength brief of
2  17 pages in length in response to petitioner's § 2255 motion.
3  DATED this <u>6th</u> day of March, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ *Karyn* S. *Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
WSBA# 28857
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2462
Facsimile: (206) 553-4440

[PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION
TO FILE OVERLENGTH BRIEF/SOUKAS/CV07-01738JLR - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970