FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 4 - 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVANGELOS DIMITRIOS SOUKAS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CASE NO. C07-1738-JLR <br> (CR05-066-JLR) <br><br> ORDER DENYING § 2255 MOTION |

The Court, having reviewed petitioner's § 2255 motion, the government's response, petitioner's reply, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send a copy of this Order to counsel of record and to Judge Theiler.

DATED this 4th day of June, 2008.

JAMES L. ROBART
United States District Judge

ORDER DENYING § 2255 MOTION
PAGE -1



07-CV-01738-ORD